AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

MARWAN ELDEEB

V.

ALBERTO R. GONZALES, Attorney General of the Un

**APPEARANCE**

Case Number:

CA 07 347S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Marwan Eldeeb

I certify that I am admitted to practice in this court.

9/10/2007

Date

Signature

Roberto Gonzalez, Esq.

Print Name

Bar Number

Gonzalez Law Offices, Inc., 35 Highland Avenue

Address

East Providence RI 02914-1211

City State Zip Code

(401) 438-3800 (401) 438-3804

Phone Number Fax Number