UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
PROVIDENCE, RHODE ISLAND

MARWAN ELDEEB,

Plaintiff

v.

ALBERTO R. GONZALES, Attorney General of the United States; et al

Defendant

C. A. No. 07-347S

# MOTION TO DISMISS

Now comes Plaintiff, by counsel, and moves this Honorable Court to Dismiss his Complaint for Naturalization, without prejudice. Plaintiff has been scheduled for a Naturalization Oath Ceremony on March 10, 2008. Therefore, this matter will become moot upon the administration of the Oath on March 10, 2008. Plaintiff's Counsel has communicated with Respondent's Counsel, and he is in agreement that this complaint may be dismissed.

Dated this February 18, 2008

Roberto Gonzalez, Esq.
Gonzalez Law Offices, Inc.
35 Highland Avenue
East Providence, RI 02914
Tel: (401) 438-3800
Fax: (401) 438-3804
E-mail: Rgonzalez@RobertoGonzalezLaw.com

CERTIFICATE OF SERVICE

I, the undersigned, certify that on February 18th, 2008, a copy of the foregoing:

**MOTION TO DISMISS**

was mailed to the following parties:

Attorney Douglas Lagor
Associate Regional Counsel
Office of District Counsel
Department of Homeland Security
JFK Federal Building, Room 425
15 New Sudbury Street
Boston, MA 02203

And

Attorney Ly Nguyen
Assistant U.S. Attorney
U.S. Attorney for the District of RI
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903